OLIVER M. ARKENBURGH, Respondent, *v.* ROBERT H. ARKENBURGH, Appellant.

(Argued February 17, 1896; decided March 3, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 15, 1895, which affirmed an order of Special Term denying a motion to vacate an order for service of summons by publication.

*Charles Edward Souther* for appellant.

*Robert F. Little* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

SOPHIA M. ONDERDONK, Respondent, *v.* NEW YORK AND SEA BEACH RAILWAY COMPANY, Appellant.

Reported below, 74 Hun, 42.
(Argued February 18, 1896; decided March 3, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 1, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Henry H. Man* for appellant.

*William P. Pickett* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.